AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The residence located at 1396 Summit St, Columbus, Ohio 43201, including the residential dwelling, curtilage, detached structures, any/all vehicles located therein. | ) ) ) ) ) ) ) Case No. 2:19-mj-799 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before   Oct 18, 2019   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  S.D. Ohio M.J.  
(*United States Magistrate Judge*)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   Oct. 4, 2019 10:27 AM  
_____
*Judge's signature*

City and state:   Columbus, Ohio    Kimberly A. Jolson, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:19-MJ-799 | 10/04/2019 3:15 pm | Justin Clifford |

Inventory made in the presence of :
Justin Clifford and HSI Special Agent Justin Myers

Inventory of the property taken and name of any person(s) seized:

- Suspected drugs (MDMA, Marijuana, Xanax, Cocaine, Ketamine, Methamphetamine, THC Edibles, DMT, LSD, GHB, Hash Oil, Liquid Psilocybin Mushrooms, and various unknown pills)
- (1) Bag of miscellaneous drug packaging
- (2) Lenovo laptop computers (S/N's: QB05601819 and VIUS41109XK)
- (1) Cyberpower desktop computer (S/N: P5DCW9)
- (1) Xion desktop computer (no serial number)
- (1) Microsoft Surface Pro 4 (S/N: 023054763853)
- (1) Barnes and Noble Nook tablet (S/N: 3024600115814308)
- (1) Amazon Fire tablet (S/N: G000NP05841209ED)
- (1) Seagate external hard drive (S/N: 2GH4KL88)
- (9) Miscellaneous Thumb drives
- (1) KingMax micro SD card
- (1) Samsung micro SD card
- (1) Kingston Internal SSD (unknown serial number)
- (1) Inland Professional internal SSD (S/N: 18071712004061)
- (2) Samsung Galaxy S3 mobile phones (S/N's: R21C846CWBH and R21C837LXPM)
- (1) Samsung Galaxy Note 2 mobile phone (S/N: R21D10Q0RSX)
- (2) Samsung Galaxy S8 mobile phones (S/N's: R28J4026MJA and other serial number unknown)
- (1) Apple iPhone (S/N: BCG-E2422B)
- (1) Apple iPhone (IMEI: 990002775479189)
- (1) Apple iPod (serial number unknown)
- (2) Alcatel mobile phones (IMEI's: 015400000036363 and 015400000044664)
- (1) Samsung mobile phone (S/N: 268435459611364809)
- (1) Hewlett Packard tablet (serial number unknown)
- (2) Digital weight scales
- Miscellaneous documents
- U.S. Currency ($43,097.00)

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  10/15/2019

_Executing officer's signature_

Justin Myers, Special Agent
_Printed name and title_

## ATTACHMENT A
## DESCRIPTION OF LOCATION TO BE SEARCHED

The residence of 1396 Summit Street, Columbus, Ohio 43201 is a multi-story single-family residence. The numbers 1396 are posted directly to the right of the front door to the residence. The outside walls to the residence consist of light blue colored siding. The residence contains a detached two-vehicle garage, located at the rear of the residence. The residence is located within the Southern District of Ohio.

## ATTACHMENT B
## PARTICULAR THINGS TO BE SEIZED
## (1396 SUMMIT STREET, COLUMBUS, OHIO 43201)

All fruits, evidence and instrumentalities, as listed below of criminal offenses against the United States, that is associated with Title 21 U.S.C. § 841 (knowingly or intentionally attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance) and Title 18 U.S.C. 1343, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice. Those items include:

(a) Log books, records, passwords, payment receipts, notes, and/or customer lists, ledgers and other papers relating to the transportation, ordering, purchasing, processing, storage and distribution of controlled substances, including all records of income and expenses;

(b) Papers, tickets, notices, credit card receipts, travel schedules, travel receipts, passports, and other items relating to travel to obtain and distribute narcotics and narcotics proceeds. Evidence of such travel is often times maintained by narcotics traffickers in the form of airline receipts, bus tickets, automobile rental receipts, credit card receipts, travel schedules, diaries, hotel receipts, logs, travel agency vouchers, notes, cellular telephone tolls and records of long-distance telephone calls;

(c) Books, records, invoices, receipts, records of real estate transactions, auto titles, financial statements, bank statements, cancelled checks, deposit tickets, passbooks, money drafts, withdrawal slips, certificates of deposit, letters of credit, loan and mortgage records, money orders, bank drafts, cashier's checks, bank checks, safe deposit box keys, money wrappers, wire transfer applications and/or receipts, fictitious identification, and other items evidencing the

obtaining, secreting, transfer, concealment, and/or expenditure of money. These records should include both records of drug trafficking and legitimate business operations;

(d) Any and all electronic equipment capable of storing data and/or communications, such as, but not limited to, computers, hard drives, thumb drives, SD cards, mobile phones, cold storage cryptocurrency devices, and any stored electronic data and/or communications contained therein to be retrieved through forensic analysis;

(e) Photographs of co-conspirators, assets and/or narcotics, including still photos, negatives, video-tapes, films, slides, undeveloped film and the contents therein;

(f) Address and/or telephone books, rolodex indices, and any papers reflecting names, addresses, telephone numbers, and fax numbers of co-conspirators, sources of supply, storage facilities, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists;

(g) Any and all records associated with the use of cryptocurrency, to include, but not limited to, account records, passwords, recovery seed phrases and electronic wallets/addresses;

(h) Indicia of occupancy, residency, rental and/or ownership of the premises described above or vehicles located thereon, including, but not limited to, utility and telephone bills, cancelled envelopes, keys, deeds, purchase lease agreements, land contracts, titles and vehicle registrations;

(i) The opening, search and removal, if necessary, of any safe or locked receptacle or compartment, as some or all of the property may be maintained;

(j) Any and all open and unopened U.S. Mail and other open and unopened envelopes/parcels;

(k) Any and all computers and information and/or data stored in the form of magnetic or electronic coding on computer media, on media capable of being read by a computer, or other recorded media. This includes, but it is not limited to, computer software, software manuals, tapes, CD's, diskettes, stored electronic communications, taped messages, electronic date/memo minders, address books, word processors, passwords, backup storage devices, audio tape and the contents therein, containing the related information generated by the aforementioned electronic equipment.