UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | |
| THE SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CASES LISTED IN ATTACHMENT A | CASE No.<br><br>CHIEF MAGISTRATE JUDGE ELIZABETH A. PRESTON-DEAVERS<br><br>**FILED UNDER SEAL** |

### ORDER TO SEAL

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A in the above-entitled matter, continue to be sealed, and the Clerk is instructed not to unseal the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A, until July 31, 2020, or until upon a Motion by the United States and additional Order by the Court.

_____
UNITED STATES MAGISTRATE JUDGE

ATTACHMENT A:

2:19-MJ-582

2:19-MJ-616

2:19-MJ-623

2:19-MJ-639

2:19-MJ-645

2:19-MJ-664

2:19-MJ-669

2:19-MJ-787

2:19-MJ-788

2:19-MJ-798

2:19-MJ-799