## ATTACHMENT A:

| | |
|---|---|
| 2:19-MJ-582 | 2:20-MJ-139 |
| 2:19-MJ-616 | 2:20-MJ-207 |
| 2:19-MJ-623 | 2:20-MJ-294 |
| 2:19-MJ-639 | 2:20-MJ-297 |
| 2:19-MJ-645 | 2:20-MJ-298 |
| 2:19-MJ-664 | 2:20-MJ-299 |
| 2:19-MJ-669 | 2:20-MJ-300 |
| 2:19-MJ-787 | 2:20-MJ-301 |
| 2:19-MJ-788 | 2:20-MJ-306 |
| 2:19-MJ-799 | 2:20-MJ-314 |
| | 2:20-MJ-319 |
| | 2:20-MJ-362 |
| | 2:20-MJ-364 |
| | 2:20-MJ-365 |
| | 2:20-MJ-386 |
| | 2:20-MJ-413 |
| | 2:20-MJ-414 |
| | 2:20-MJ-443 |
| | 2:20-MJ-444 |
| | 2:20-MJ-456 |
| | 2:20-MJ-463 |
| | 2:20-MJ-464 |
| | 2:20-MJ-512 |